# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **CHRIS D. BLACKWELL AND** | § | |
| **LACHUNRIA D. BLACKWELL,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **Civil Action No. 1:20-cv-00030-MJT** |
| **v.** | § | |
| | § | |
| **NEWREZ LLC d/b/a SHELLPOINT** | § | |
| **MORTGAGE SERVICING.,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT SETTLEMENT NOTICE

Chris D. and Lachunria Blackwell and NewRez LLC d/b/a Shellpoint Mortgage Servicing reached an agreement to settle this action in its entirety.  The parties request the court stay all deadlines, settings and related matters for 60 days to allow the parties to finalize formal settlement documents and file a dismissal stipulation.

WHEREFORE, PREMISES CONSIDERED, the parties notify the court they settled all live claims and request the court retain jurisdiction over this matter, stay all pending deadlines, settings and other related matters, and maintain the open case until the parties file formal dismissal papers.

Date: June 4, 2020                         Respectfully submitted,


                                           By: */s/ James J. Manchee*
                                           JAMES J. MANCHEE
                                           Texas Bar No. 00796988
                                           jim@mancheelawfirm.com
                                           MARILYN S. ALTAMIRA
                                           State Bar Number 00796119
                                           maltamira@mancheelawfirm.com
                                           MANCHEE & MANCHEE, LLP
                                           Parkway Centre III
                                           2745 N. Dallas Parkway, Suite 420
                                           Plano, Texas 75093
                                           (972) 960-2240 Telephone
                                           (972) 233-0713 Facsimile
                                           ATTORNEYS FOR THE PLAINTIFF

                                                   and


                                           */s/ C. Charles Townsend*
                                           C. Charles Townsend; SBN: 24028053
                                           R. Martin Dungan; SBN: 24099021
                                           AKERMAN LLP
                                           2001 Ross Avenue, Suite 3600
                                           Dallas, Texas 75201
                                           Telephone: 214.720.4300
                                           Facsimile: 214.981.9339
                                           charles.townsend@akerman.com
                                           martin.dungan@akerman.com

                                           **ATTORNEYS FOR SHELLPOINT**