# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| CHRIS D BLACKWELL, LACHUNDRIA D BLACKWELL, § § § § § § § § § § § § § | |
| *Plaintiffs*, | CIVIL ACTION NO. 1:20-CV-00030 |
| v. | JUDGE MICHAEL TRUNCALE |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING LLC, | |
| *Defendant*. | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Stipulation to Dismiss with Prejudice. [Dkt. 12]. The Parties seek a dismissal with prejudice.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE, and the parties shall bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that all pending motions in this matter be DENIED as moot.

**SIGNED this 13th day of July, 2020.**

_____
Michael J. Truncale
United States District Judge